UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.    10-cr-00324-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **URIEL GAXIOLA-ARMENTA;**
2. JOE MORENO;
3. RUBEN FAVABALA-ORTEGA;
4. OMAR OROZCO-LEYVA,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Motions Hearing in this matter has been **RESET for Thursday, January 26, 2012 at 10:00 a.m. in Courtroom A-1002.**

    Dated: December 15, 2011