**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   10-cr-00324-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  URIEL GAXIOLA-ARMENTA,

    Defendant.

---

ORDER FOR TIME SERVED

---

    PURSUANT to and in accordance with the Sentencing hearing held before the Honorable Wiley Y. Daniel, Senior United States District Judge, on November 21, 2013, it is hereby

    ORDERED that Defendant Uriel Gaxiola-Armenta is sentenced to **TIME SERVED.**

    Dated:  November 21, 2013.

    BY THE COURT:

    /s/ Wiley Y. Daniel
    WILEY Y. DANIEL,
    SENIOR UNITED STATES DISTRICT JUDGE